| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Monica M. White** | Social Security number or ITIN **xxx–xx–9384** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter **7  12/28/15** |
| Case number: | **15–43280** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Monica M. White | | |
| 2. | **All other names used in the last 8 years** | aka Monica M. Orozco White | | |
| 3. | **Address** | 3129 W. 42nd Street<br>Chicago, IL 60632 | | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | | Contact phone 847 520–8100<br>Email: davidsiegellaw@hotmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, IL 60605 | | Contact phone 312–663–0801<br>Email: gs@tailserv.com |

**For more information, see page 2 >**

Debtor **Monica M. White**                                                                 Case number **15–43280**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 12/29/15 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 1, 2016 at 12:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: <br><br> **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/1/16** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                     page **2**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                        Case No. 15-43280-CAD
Monica M. White                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: cmcmullen             Page 1 of 2             Date Rcvd: Dec 29, 2015
                             Form ID: 309A               Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2015.
db            +Monica M. White,    3129 W. 42nd Street,    Chicago, IL 60632-2409
24055937       AT&T,   Bankruptcy Dept,    6021 S. Rio Grande Ave, 1st Floor,    Orlando, FL 32809-4613
24055938       AT&T,   Bankruptcy Dept.,    1585 Waukegan Road,    Waukegan, IL 60085-6727
24055940      +Aurora Medical Center,    3031 N 114th Street,    Milwaukee, WI 53222-4218
24055952     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:    Home Depot Credit Services,    PO Box 182676,
                 Columbus, OH 43218-2676)
24055945      +Chase Manhattan Mortgage,    Attn:Bankruptcy Dept.,    3415 Vision Dr.,    Columbus, OH 43219-6009
24055947      +Chester White,   3129 W 42nd St.,    Chicago, IL 60632-2409
24055948      +Citi Financial Auto,    PO Box 9575,   Coppell, TX 75019-9509
24055949      +Commonwealth Financial,    245 Main Street,    Dixon City, PA 18519-1641
24055950      +Freedman Angelmo Lindberg, LLC,    PO Box 3228,    Naperville, IL 60566-3228
24055956      +Target NB,   CCS Gray OPS Center,    PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: davidsiegellaw@hotmail.com Dec 30 2015 00:30:35     David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090
tr            +EDI: QGSZILAGYI.COM Dec 30 2015 00:13:00      Gregg Szilagyi,    542 South Dearborn Street,
                 Suite 1400,   Chicago, IL 60605-1564
24055939      +EDI: CINGMIDLAND.COM Dec 30 2015 00:13:00      AT&T,    Bankruptcy Dept.,    5407 Andrew Highway,
                 Midland, TX 79706-2851
24055936      +E-mail/Text: bankruptcy@rentacenter.com Dec 30 2015 00:35:05     Acceptance Now,
                 5501 Headquarters Dr.,    Plano, TX 75024-5837
24055941      +E-mail/Text: mmeyers@blittandgaines.com Dec 30 2015 00:34:43     Blitt and Gaines, P.C.,
                 Bankrupty Department,    661 N. Glenn Ave.,   Wheeling, IL 60090-6017
24055943       EDI: CAPITALONE.COM Dec 30 2015 00:13:00      Capital One,    Bankruptcy Dept.,    PO Box 5155,
                 Norcross, GA 30091
24055951       EDI: CITICORP.COM Dec 30 2015 00:13:00      Home Depot,    Bankruptcy Department,    PO Box 20483,
                 Kansas City, MO 64195
24055942       EDI: CAPITALONE.COM Dec 30 2015 00:13:00      Cap One,    Bankruptcy Dept.,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
24055944      +E-mail/Text: bankruptcy@cavps.com Dec 30 2015 00:32:30     Cavalry,    PO Box 520,
                 Valhalla, NY 10595-0520
24055946       EDI: CHASE.COM Dec 30 2015 00:13:00      Chasecard,    Bankrupcty Department,    PO Box 15298,
                 Wilmington, DE 19850-5298
24055953      +EDI: IIC9.COM Dec 30 2015 00:13:00      IC Systems,    444 Highway 96 East,
                 Saint Paul, MN 55127-2557
24055954       EDI: IRS.COM Dec 30 2015 00:13:00      IRS,   Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
24055955      +EDI: DRIV.COM Dec 30 2015 00:14:00      Santander,    PO Box 660633,    Dallas, TX 75266-0633
24055958       EDI: CITICORP.COM Dec 30 2015 00:13:00      THD/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
24055957      +EDI: WTRRNBANK.COM Dec 30 2015 00:13:00      Target NB,    Attn:Bankruptcy Dept.,    PO Box 673,
                 Minneapolis, MN 55440-0673
24055959      +EDI: USBANKARS.COM Dec 30 2015 00:14:00      US Bank Mortgage,    4801 Frederica Street,
                 Owensboro, KY 42301-7441
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: cmcmullen           Page 2 of 2                Date Rcvd: Dec 29, 2015
                              Form ID: 309A             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2015 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Monica M. White davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Gregg   Szilagyi    gs@tailserv.com,   gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 3
```